UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAMAR MCCLINTON, | ) | CASE NO. CV 12-562-JVS (PJW) |
| Plaintiff, | ) | J U D G M E N T |
| v. | ) | |
| SANDRA HUTCHENS, | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:    April 29, 2013.

*[signature]*

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\MJ - McClinton v. Hutchens - Judgment.wpd